Form B6D - (12/03)                                                                                          2003 USBC, Central District of California

| In re | Terri Patrice Cousin | Case No.: |
|---|---|---|
| | Debtor. | (If known) |

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. NONE | | | VALUE $0.00 | | | | 0.00 | 0.00 |

0 Continuation sheets attached

Subtotal  ➤ (Total of this page)    $0.00
Total  ➤ (Use only on last page)    $0.00

(Report total also on Summary of Schedules)