Form B6F (Official Form 6F) - (Rev. 12/03)  2003 USBC, Central District of California

| In re | Terri Patrice Cousin | Debtor. | Case No.: (If known) |
|---|---|---|---|

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. SMN62237708<br>ALLIED INTERSTATE<br>SHERMAN ACQUISITIONS, LP<br>OSI/GSC-UNIVERSAL<br>50-62 N. 19TH AVENUE, STE. 102<br>PHOENIZ, AZ 85015 | | | 08/28/2003 | | | | 4,255.69 |
| Last four digits of ACCOUNT NO. 5291071526309289<br>CAPITAL ONE<br>P.O. BOX 60008<br>SEATTLE, WA 98190-6000 | | | 01/2005 | | | | 301.76 |
| Last four digits of ACCOUNT NO. 5178052346175710<br>CAPITAL ONE<br>P.O. BOX 60008<br>SEATTLE, WA 98190 | | | 01/01/2005 | | | | 435.24 |
| Last four digits of ACCOUNT NO. 4862362512955520<br>CAPITAL ONE BANK<br>P.O. BOX 85520<br>RICHMOND, VA 23285<br>726 EXCHANGE STREET, STE 700<br>BUFFALO, NEW YORK 14210 | | | 02/01/2005 | | | | 217.00 |
| Last four digits of ACCOUNT NO. 3062338<br>CREDITRUST CORPORATION MBNA<br>RIDDLE & ASSOC., P.C.<br>P.O. BOX 1187<br>SANDY, UT 84091 | | | 12/31/2001 | | | | 17,581.65 |

<u>5</u>   Continuation sheets attached

Subtotal ➤ $22,791.34

Total ➤

Form B6F (Official Form 6F) - (Rev. 12/03)                                    2003 USBC, Central District of California

| In re | Terri Patrice Cousin | Debtor. | Case No.: | (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. 5458001243262361<br>DIRECT MERCHANTS BANK MASTER CARD<br>P.O. BOX 21550<br>TULSA, OK 74121 | | | 11/12/2001 | | | | 9,458.00 |
| Last four digits of ACCOUNT NO. 291362XXXX<br>FCNB/SPIEGLE/EBAUR/NWPT<br>9300 SW GEMINI DRIVE<br>BEAVERTON, OR 97078 | | | 02/01/1993 | | | | 200.00 |
| Last four digits of ACCOUNT NO. 46780XXXX<br>FIRST USA BANK<br>800 BROOKSEDGE BLVD.<br>WESTERVILLE, OH 43081 | | | 02/01/1993 | | | | 800.00 |
| Last four digits of ACCOUNT NO.<br>HOME SHOPPING NETWORK<br>NORMAN G. KALINA, ESQ. 76 N. MAPLE STE 141<br>RIDGEWOOD, NJ 07450 | | | 12/14/2001 | | | | 162.47 |
| Last four digits of ACCOUNT NO. 1345090-<br>KINECTA FEDERAL CREDIT UNION<br>THE LAW OFFICE OF JAMES ROSCETTI, E<br>730 MAIN STREET, STE 201<br>NIAGARA FALLS, NY 14301<br><br>RECEIVABLE ACQUISITION & MGMT CORP<br>P.O. BOX 2552<br>DEL MAR, CA 92014 | | | 12/28/2004 | | | | 7,890.25 |

Sheet no. 1 of 5 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) ▶ $18,510.72

Total ▶
(Use only on last page of the completed Schedule F.)



Form B6F (Official Form 6F) - (Rev. 12/03)                                                                 2003 USBC, Central District of California

| In re | Terri Patrice Cousin | Debtor. | Case No.: | (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. 5748XXXX<br>MACYS/GEMB<br>P.O. BOX 9475<br>MINNEAPOLIS, MN 55440 | | | 08/01/2003 | | | | 397.00 |
| Last four digits of ACCOUNT NO. 3271XXX<br>MBNA AMERICA BANK, NA<br>P.O. BOX 17054<br>WILMINGTON, DE 19884 | | | 03/01/1999 | | | | 233.00 |
| Last four digits of ACCOUNT NO. 4264290999173271<br>MERCHANTS CREDIT GUIDE CO.<br>NCO FINANCIAL<br>223 W. JACKSON BLVD.<br>CHICAGO, ILLINOIS 60606 | | | 11/09/2004 | | | | 23,729.03 |
| Last four digits of ACCOUNT NO. CW3J81610136715<br>MONGRAM CREDIT CARD BANK OF GEORGIA<br>P.O. BOX 103075<br>ATLANTA, GA 30328 | | | 04/21/2002 | | | | 1,850.70 |
| Last four digits of ACCOUNT NO. 6175XXXX<br>NORDSTROM, FSB<br>P.O. BOX 13589<br>SCOTTSDALE, AZ 85267 | | | 03/01/2001 | | | | 963.00 |

Sheet no. 2 of 5 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➢ (Total of this page)    $27,172.73

Total ➢
(Use only on last page of the completed Schedule F.)

Form B6F (Official Form 6F) - (Rev. 12/03)                                                                    2003 USBC, Central District of California

| In re | Terri Patrice Cousin | | Case No.: | |
|---|---|---|---|---|
| | | Debtor. | | (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.  637342126<br>ONE SPIRIT<br>ALLIED INTERSTATE<br>P.O. BOX 361445<br>COLUMBUS, OH 43236 | | | 08/23/2004 | | | | 45.96 |
| Last four digits of ACCOUNT NO.  7100847650054<br>PREMIUM COLLECTION SERVICE<br>6180 LAUREL CANYON BLVD.<br>NORTH HOLLYWOOD, CA 91606 | | | 02/01/1999 | | | | 18,857.00 |
| Last four digits of ACCOUNT NO.  1335475-1<br>RECEIVABLES SPECIALISTS, INC.<br>UNIVERSAL CREDIT CARD SERVICES CORP<br>P.O. BOX 26570<br>TAMARAC, FL 33320-6570 | | | 11/19/2001 | | | | 2,891.19 |
| Last four digits of ACCOUNT NO.  834782-JAXRMS<br>RISK MANAGEMENT ALTERNATIVES, INC.<br>SHERMAN ACQUISITION, LP<br>P.O. BOX 105291<br>ATLANTA, GA | | | 01/09/2003 | | | | 4,205.79 |
| Last four digits of ACCOUNT NO.  36212XXXX<br>SHELL/CITI<br>P.O. BOX 156<br>WILMINGTON, DE 19850 | | | 01/01/2005 | | | | 225.00 |

Sheet no. 3 of 5 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ (Total of this page)     $26,224.94

Total ➤ (Use only on last page of the completed Schedule F.)

Form B6F (Official Form 6F) - (Rev. 12/03)    2003 USBC, Central District of California

| In re | Terri Patrice Cousin | | Case No.: | |
|---|---|---|---|---|
| | | Debtor. | | (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. 18388967<br>UCLA MEDICAL GROUP<br>P.O. BOX 24DD5<br>WESTWOOD STATION<br>LOS ANGELES, CA 90095 | | | 12/22/2004 | | | | 195.00 |
| Last four digits of ACCOUNT NO. 7390361746214XXXX<br>WFNNB/EXPRESS<br>P.O. BOX 330066<br>NORTHGLENN, CO 80233 | | | 05/01/2001 | | | | 1,000.00 |
| Last four digits of ACCOUNT NO. 2768927227689<br>WFNNB/VICTORIAS SECRET<br>P.O. BOX 182128<br>COLUMBUS, OH 43218 | | | 02/01/2001 | | | | 564.00 |
| Last four digits of ACCOUNT NO. 66942XXX<br>WFNNBL/LERNER<br>P.O. BOX 182121<br>COLUMBUS, OH 43218 | | | 05/01/1996 | | | | 100.00 |
| Last four digits of ACCOUNT NO. 02-16104-0 EAM<br>WINN AND SIMS, APC<br>NCOPM/CRDT/MBNA AMERICA<br>110 E. WILSHIRE AVENUE, STE. 212<br>FULLERTON, CA 92832 | | | 01/14/2003 | | | | 19,910.90 |

Sheet no. 4 of 5 sheets
attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ (Total of this page) | $21,769.90

Total ➤
(Use only on last page of the completed Schedule F.)

Form B6F (Official Form 6F) - (Rev. 12/03)　　　　　　　　　　　　　　　　　　　　　　　　　　　2003 USBC, Central District of California

| In re | Terri Patrice Cousin | | Case No.: | |
|---|---|---|---|---|
| | | Debtor. | | (If known) |

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. 4264290999173271<br>WYSE FINANCIAL SERVICES<br>MBNA AM KB<br>3410 SOUTH GALENA STREET, STE 250<br>DENVER, CO 80231 | | | 10/14/2003 | | | | 21,461.84 |
| Last four digits of ACCOUNT NO. 6035251074816922<br>ZALE/CBUSA<br>P.O. BOX 9714<br>GRAY, TN 37615 | | | 12/01/2003 | | | | 1,500.00 |

Sheet no. 5 of 5 sheets
attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ (Total of this page) **$22,961.84**

Total ➤ (Use only on last page of the completed Schedule F.) **$139,431.47**

(Report also on Summary of Schedules)