ORIGINAL

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

Filer's Name:  **Brian C. Miles**

Street Address: **9121 Haven Avenue Ste. 290**

**Rancho Cucamonga, CA 91730**

Atty Name (if applicable):  **Brian C. Miles**

CA Bar No. (if applicable):  **214329**

Atty Fax No. (if applicable): **909-481-4467**

Filer's Telephone No.:  **909-481-4080**

In re:   **TERRI PATRICE COUSIN**

Case No.:  **LA05-15699TD**

Chapter 7   **X**   11 _____   13 _____

## AMENDED SCHEDULE(S) AND/OR STATEMENT(S)

A filing fee of $26.00 is required to amend any or all of Schedules "D" through "F."  An addendum mailing list is also required as an attachment if creditors are being added to the creditors list.  Is/are creditor(s) being added?   Yes _____   No   **X**

Indicate below which schedule(s) and/or statement(s) is(are) being amended.

A _____   B  **X**   C  **X**   D _____   E _____   F _____   G _____   H _____   I _____   J _____

Statement of Social Security  Number(s) _____   Statement of Financial Affairs _____

Statement of Intentions _____   Other _____

**NOTE:**  IT IS THE RESPONSIBILITY OF THE DEBTOR TO MAIL COPIES OF ALL AMENDMENTS TO THE TRUSTEE AND TO NOTICE ALL CREDITORS LISTED IN THE AMENDED SCHEDULE(S) AND TO COMPLETE AND FILE WITH THE COURT THE PROOF OF SERVICE ON THE BACK OF THIS PAGE.

I, **TERRI PATRICE COUSIN**, the person(s) who subscribed to the foregoing Amended Schedule do hereby declare under penalty of perjury that the foregoing is true and correct.

DATED:  _19 March 2009_

_Terri Cousin_

**TERRI PATRICE COUSIN**
Debtor Signature

**FOR COURT USE ONLY**

FILED

MAY 19 2009

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY_____ Deputy Clerk

**SEE REVERSE SIDE**

Form B6B - (12/07)                                                2007 USBC, Central District of California

| In re  **TERRI PATRICE COUSIN** | Case No.: | |
|---|---|---|
| Debtor. | **LA05-15699TD** | (If known) |

# AMENDED - SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 21 Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each | | **INTEREST IN CLASS ACTION LAWSUIT: SHEILA BROWN, ET AL V. AMERICAN HOME PRODUCTS CORPORATION CIVIL ACTION 99-20893** | | 290,230.11 |

<u>0</u>    continuation sheets attached

**$ 290,230.11**

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

Form B6C - (12/07)                                                                                2007 USBC, Central District of California

| In re  **TERRI PATRICE COUSIN** | Case No.: | |
|---|---|---|
| Debtor. | LA05-15699TD | (If known) |

# AMENDED SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds
$136,875

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| **INTEREST IN CLASS ACTION LAWSUIT: SHEILA BROWN, ET AL V. AMERICAN HOME PRODUCTS CORPORATION CIVIL ACTION 99-20893** | **C.C.P. §§ 703.140(b)(1), 730.150** | **17,425.00** | **290,230.11** |

## PROOF OF SERVICE

I hereby certify that a copy of the Amendment(s) was (were) mailed to the Trustee and that
notice was given to the additional creditors listed.

DATED:        5/18/09

**BRIAN C. MILES, ESQ.**
Print or Type Name

Signature

(SEE ATTACHED MAILING LIST.)

1

*SERVICE LIST*

2
OFFICE OF THE U.S. TRUSTEE
3
ERNST & YOUNG PLAZA
725 S. FIGUEROA STREET, 26TH FLOOR
4
LOS ANGELES, CA 90017

5
DAVID L. RAY                                                    TRUSTEE
SALTZBURG, RAY & BERGMAN
6
12121 WILSHIRE BOULEVARD, SUITE 600
7
LOS ANGELES, CA 90025

8
TERRI PATRICE COUSIN                                    DEBTOR
400 LUCERA COURT, APT. 202
9
PHILLIPS RANCH, CA 91766

10
BRIAN MILES                                                    ATTORNEY
9121 HAVEN AVENUE, SUITE 290
11
RANCHO CUCAMONGA, CA 91730

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## Top 20 Unsecured List

Allied Interstate
Sherman Acquisitions, LP
OSI/GSC – Universal
50-62 N. 19th Avenue, Suite 102
Phoenix, AZ 85015

Capital One
P.O. Box 60008
Seattle, WA 98190-6000

Creditrust Corporation MBNA
Riddle & Associates, P.C.
P.O. Box 1187
Sandy, UT 84091

Direct Merchants Bank Master Card
P.O. Box 21550
Tulsa, OK 74121

First USA Bank
800 Brooksedge Boulevard
Westerville, OH 43081

Kinecta Federal Credit Union
The Law Office of James Roscetti
730 Main Street, Suite 201
Niagara Falls, NY 14301

Macy's/GEMB
P.O. Box 9475
Minneapolis, MN 55440

MBNA America Bank, NA
P.O. Box 17054
Wilmington, DE 19884

Merchant's Credit Guide Co.
NCO Financial
223 W. Jackson Boulevard
Chicago, IL 60606

Monogram Credit Card Bank of Georgia
P.O. Box 103075
Atlanta, GA 30328

Nordstrom, FSB
P.O. Box 13589
Scottsdale, AZ 85267

Premium Collection Service
6180 Laurel Canyon Boulevard
North Hollywood, CA 91606

Receivables Specialists, Inc.
Universal Credit Card Services Corp.
P.O. Box 26570
Tamarac, FL 33320-6570

Risk Management Alternatives, Inc.
Sherman Acquisition, LP
P.O. Box 105291
Atlanta, GA 30348-5291

Shell/Citi
P.O. Box 156
Wilmington, DE 19850

WFNNB/Express
P.O. Box 330066
Northglenn, CO 80233-8066

WFNNB/Victoria's Secret
P.O. Box 182128
Columbus, OH 43218

Winn and Sims, A PC
NCOPM/Credit/MBNA America
110 E. Wilshire Avenue, Suite 212
Fullerton, CA 92832

WYSE Financial Services
MBNA AM KB
3410 South Galena Street, Suite 250
Denver, CO 80231

Zales/CBUSA
P.O. Box 9714
Gray, TN 37615