DAVID L. RAY
CHAPTER 7 TRUSTEE
12121 Wilshire Boulevard
Suite 600
Los Angeles, California 90025-1166
(310) 481-6700 – Fax: (310) 481-6720

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 02:05-15699-TD |
| TERRI PATRICE COUSIN, | Chapter 7 |
| Debtor. | **NOTICE OF UNCLAIMED DIVIDEND(S) (FRBP 3011)** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find attached hereto Check No.3054 in the sum of $122,239.64 representing the total amount of unclaimed dividend(s) in the above-entitled debtor's estate which will create a zero balance in the bank account. Said sum is paid over to you pursuant to Bankruptcy Rule 3011. Also attached hereto is a list containing the name(s), address(es), and amount(s) to be paid to each person or entity entitled to said unclaimed dividend.

Dated: September 9, 2011

_____
DAVID L. RAY, Chapter 7 Trustee

140826.1  10300.000

1

# LIST OF CLAIMANTS

| CLAIM NO. | NAME & ADDRESS | AMOUNT |
|---|---|---|
| 2 | Allied Interstate<br>Sherman Acquisitions, LP<br>P.O. Box 10497<br>Greenville, SC 29603 | $ 4,738.38 |
| 5 | Capitol One Bank<br>726 Exchange St., Ste. 700<br>Buffalo, NE 14210 | $   241.61 |
| 6 | Creditrust Corp. MBNA<br>Riddle & Assoc., P.C.<br>P.O. Box 1187<br>Sandy, UT 84091 | $19,575.80 |
| 7 | HSBC Card Services<br>Direct Merchants BK Master Card<br>P.O. Box 49357<br>San Jose, CA 95161 | $10,530.75 |
| 8 | FCNB/Spiegle/EBaur/NWPT<br>9300 SW Gemini Dr.<br>Beaverton, OR 97078 | $   222.69 |
| 9 | First USA Bank<br>800 Brooksedge Blvd.<br>Westerville, OH 43081 | $   890.74 |
| 10 | Home Shopping Network<br>Helfand & Helfand<br>350 5th Ave., Suite 2826<br>New York, NY 10118 | $   180.90 |
| 13 | MBNA America Bank, NA<br>P.O. Box 17054<br>Wilmington, DE 19884 | $   259.43 |
| 14 | Merchants Credit Guide Co.<br>NCO Financial<br>223 W. Jackson Blvd.<br>Chicago, IL 60606 | $26,420.43 |
| 15 | Mongram Credit Card Bank of GA<br>4125 Windward Plaza Dr.<br>Alpharetta, Georgia 30005 | $ 2,060.61 |

DAVID L. RAY, CHAPTER 7 TRUSTEE
12121 Wilshire Boulevard, Suite 600
Los Angeles, California 90025-1166

140826.1  10300.000

2

DAVID L. RAY, CHAPTER 7 TRUSTEE
12121 Wilshire Boulevard, Suite 600
Los Angeles, California 90025-1166

| | | | |
|---|---|---|---|
| 16 | | Nordstrom, FSB<br>8502 East Princess Dr., Ste. 150<br>Scottsdale, AZ 85255 | $ 1,072.23 |
| 17 | | One Spirit<br>Allied Interstate<br>P.O. Box 361445<br>Columbus, OH 43236 | $    51.17 |
| 18 | | Premium collection Service<br>1521 West 3rd Street<br>Los Angeles, CA 90017 | $20,995.80 |
| 19 | | Receivable Specialists, Inc.<br>Universal Credit Card Services, Corp.<br>8795 W. McNab Road<br>Tamarac, FL 33321 | $ 3,219.12 |
| 20 | | Risk Management Alternatives, Inc.<br>Sherman Acquisitions, LP<br>P.O. Box 105291<br>Atlanta, GA | $ 4,682.82 |
| 21 | | Shell/Citi<br>P.O. Box 156<br>Wilmington, DE 19850 | $   250.52 |
| 27 | | WYSE Financial Services<br>3410 So. Galena Street, Ste. 250<br>Denver, CO 80231 | $23,896.09 |
| 29 | | CMPTNRS/CSU Fullerton<br>P.O. Box 3176<br>Winston Salem, NC 27102 | $   723.72 |
| 30 | | CMPTNRS/CSU Fullerton<br>P.O. Box 3176<br>Winston Salem, NC 27102 | $ 2,226.83 |
| | | **TOTAL** | **$122,239.64** |

140826.1  10300.000

3

BANK OF AMERICA, N.A.
CUSTOMER CONNECTION

**CHECK NUMBER 3054**

Unclaimed Dividends
Claim Nos. 2, 5-10, 13-21, 27, 29 and 30

DAVID L. RAY
12121 WILSHIRE BOULEVARD
SUITE 600
LOS ANGELES, CA 90025

| DATE | AMOUNT |
|---|---|
| 09/09/11 | *****122,239.64 |

| CASE NUMBER | DEBTOR |
|---|---|
| 2:05-15699    TD | COUSIN, TERRI PATRICE |

**PAY TO THE ORDER OF**

United States Bankruptcy Court
255 E. Temple Street
Los Angeles, CA 90012

*One Hundred Twenty Two Thousand Two Hundred Thirty Nine Dollars And 64/100*

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑈003054⑈ ⑆111000012⑆ 4429223260⑈

---

| Date: 09/09/11 | Check Number: 3054 | Amount: 122,239.64 |
|---|---|---|
| Case Number: 2:05-15699    TD | | |
| Debtor Name: COUSIN, TERRI PATRICE | | |

| Paid To: | United States Bankruptcy Court<br>255 E. Temple Street<br>Los Angeles, CA 90012 | Trustee: | DAVID L. RAY<br>12121 WILSHIRE BOULEVARD<br>SUITE 600<br>LOS ANGELES, CA 90025 |
|---|---|---|---|

Description: Unclaimed Dividends   Claim Nos. 2, 5-10, 13-21, 27, 29 and 30

Bank Account Number: 4429223260

---

| Date: 09/09/11 | Check Number: 3054 | Amount: 122,239.64 |
|---|---|---|
| Case Number: 2:05-15699    TD | | |
| Debtor Name: COUSIN, TERRI PATRICE | | |

| Paid To: | United States Bankruptcy Court<br>255 E. Temple Street<br>Los Angeles, CA 90012 | Trustee: | DAVID L. RAY<br>12121 WILSHIRE BOULEVARD<br>SUITE 600<br>LOS ANGELES, CA 90025 |
|---|---|---|---|

Description: Unclaimed Dividends   Claim Nos. 2, 5-10, 13-21, 27, 29 and 30

Bank Account Number: 4429223260